# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RONALD JAMES ABERLE | § | |
| | § | |
| v. | § | Case No. 4:10cv648 |
| | § | (Judge Schneider/Judge Mazzant) |
| SAUNDERS MEP, INC. and JONATHAN P. | § | |
| SAUNDERS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 16, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Partial Summary Judgment (Dkt. #14) and Plaintiff's Supplemental Brief Regarding Damages in Support of Plaintiff's Motion for Partial Summary Judgment (Dkt. #16) should be granted in part.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Dkt. #14) and Plaintiff's Supplemental Brief Regarding Damages in Support of Plaintiff's Motion for Partial

Summary Judgment (Dkt. #16) are GRANTED in part and judgment is rendered in favor of Plaintiff against (1) Defendant Saunders MEP, Inc. and Jonathan P. Saunders, jointly and severally, in the amount of $12,199.56 for violations of the FLSA.

It is further **ORDERED** that, based upon Plaintiff's Supplemental Brief Regarding Damages (Dkt. #23), Plaintiff is awarded attorney's fees in the amount of $9,000 against Defendant Saunders MEP, Inc. and Jonathan P. Saunders, jointly and severally.

**It is SO ORDERED.**

**SIGNED this 12th day of July, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE